In the Matter of the Claim of ELIZABETH FUNARIE, Appellant, against THE MOHAWK CLUB and HARTFORD ACCIDENT & INDEMNITY COMPANY, Respondents, STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board denying workmen's compensation and dismissing the claim. The claimant-appellant was on her way to work and was injured by slipping and falling on the public sidewalk in front of her employer's premises. She was about eight or nine feet from the entrance to such premises. Decision unanimously affirmed.

In the Matter of the Claim of ADELINE BOHEN and Others, Respondents, against MCLAIN CONSTRUCTION CORPORATION and NEW AMSTERDAM CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimants' intestate was a fireman on a derrick boat, moored at a slip in the city of Buffalo. He was thrown from his seat against a heated boiler, and he received injuries from which he died. Appellants contend that the injuries did not arise out of the employment; and also that improper wage rate was applied in determining the amount of the award. These issues presented questions of fact, which were decided by the Board. It is further contended that the employment was marine. The boat was not self-propelling and could be moved only by towing. This derrick boat was in fact a part of the dock, and not maritime. Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOHN L. MARCO, Respondent, against NEWS SYNDICATE CO., Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Claimant was injured while taking a bath in the bath room maintained by the employer. It was the usual practice of the printers working in the plant to bathe before leaving. Employer's first report admits that the injury was received in the course of the employment and arose therefrom. It is asserted that claimant loitered before bathing. This was a question of fact, which has been decided by the Board. Award unanimously affirmed, with costs to the State Industrial Board.